UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUBREY TAYLOR, | Case No. C20-999RSL |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

This matter comes before the Court on (1) the government's "Motion to Stay" (Dkt. #5), and (2) petitioner's "Supplemental Request of Fed. R. Crim. P. 33 Motion" (Dkt. #6). Having reviewed the parties' motions, and the record contained herein, the Court finds as follows:

(1) Petitioner initiated this civil action by filing a *pro se* Motion to Vacate, Set Aside or Correct Sentence on June 24, 2020. See Dkt. #1. The motion was construed as a 28 U.S.C. § 2255 petition. Shortly after, the government moved to stay this action on the ground that petitioner's appeal of the judgment in United States v. Taylor, No. CR16-300RSL, remains pending. See Dkt. #5.

(2) On July 13, 2020, petitioner lodged a supplemental filing with the Court, indicating that he mistakenly initiated the above-captioned civil action. Dkt. #6. Petitioner moves the Court to convert his motion (Dkt. #1) to a Federal Rule of Criminal Procedure ("Rule") 33 motion under case number CR16-300RSL.

(3) Having considered the circumstances, the Court will GRANT petitioner's "Supplemental Request of Fed. R. Crim. P. 33 Motion" (Dkt. #6). IT IS HEREBY ORDERED

ORDER OF DISMISSAL - 1

1  that this action be DISMISSED without prejudice.  The Clerk of Court is directed to terminate
2  the above captioned matter and to refile petitioner's "Fed. R. Crim. P. 33 / Napue Violations /
3  Brady Violations / Prosecutorial Misconduct Motion to Vacate Convictions and Dismiss
4  Superseding Indictment (Second)" (Dkt. #1) under case number CR16-300RSL as a Rule 33
5  Motion for New Trial.  Upon refiling, the motion shall be noted for the Court's consideration on
6  Friday, August 28, 2020.

7   (4) IT IS FURTHER ORDERED that the government's "Motion to Stay" the
8  proceedings in the above captioned matter (Dkt. #5) be DENIED as moot.

9   (5) The Clerk of Court is directed to send a copy of this Order to petitioner.
10  IT IS SO ORDERED.

11  DATED this 11th day of August, 2020.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2